## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Pamela Eileen Yohn

Debtor(s)

CHAPTER 13

BKY. NO. 16-70098 JAD

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of LSF9 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich

Maria Miksich
04 May 2021, 11:01:06, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 3760cc2b7197cc2eee0bfaeb07c1ef8451c4eafbd3464390015213e4d3141bb0