# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    PAMELA EILEEN YOHN

        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.: 16-70098 JAD

Chapter 13

Document No.: 81

FILED
6/3/21 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __3rd__ day of __June__, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pamela Eileen Yohn  
    Debtor

Case No. 16-70098-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 2  
Date Rcvd: Jun 03, 2021      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Eileen Yohn, 315 Harker Road, East Freedom, PA 16637-8566 |
| cr | + | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14177422 | | Benson Oil Co., RR 2, East Freedom, PA 16637 |
| 14177423 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14177424 | + | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14177425 | | Caliber Home Loans, Inc., P.O. Box 650856, Dallas, TX 75265-0856 |
| 14177427 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 15375586 | + | LSF9 Master Participation Trust C/O SPS, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14177432 | + | Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14217716 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14177433 | + | Nason Hospital, c/o Credit Control Collections, P.O. Box 72, Altoona, PA 16603-0072 |
| 14177434 | | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14177435 | | PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14177436 | + | Richard M. Squire & Associates, LLC, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14179166 | | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2021 03:06:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14177420 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2021 03:06:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14177421 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2021 03:06:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14177426 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 02:43:24 | Capital One Bank, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14202584 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 02:43:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14177430 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2021 03:06:00 | Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-4544 |
| 14177431 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 04 2021 03:07:00 | LSF9 Mater Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Hollidaysburg, PA 16648-2047 |
| 14180381 | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

| | | |
|---|---|---|
| 14177428 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14177429 | * | Internal Revenue Service, Fresno, CA 93888-0419 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Boger | on behalf of Debtor Pamela Eileen Yohn dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com  choover@eveyblack.com |
| Jon A. McKechnie | on behalf of Debtor Pamela Eileen Yohn jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Maria Miksich | on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard M. Squire | on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor LSF9 Master Participation Trust bankruptcy@powerskirn.com |
| Sindi Mncina | on behalf of Creditor LSF9 Master Participation Trust smncina@rascrane.com |

TOTAL: 9